## Mrs. E. B. Harris *v.* F. Stubenrauch.

Where the Supreme Court has jurisdiction of a cause at the time of appeal, the appeal will not be dismissed on account of a part payment of the judgment, which, if made before appeal, would have reduced the amount below its jurisdiction.

APPEAL from the Sixth District Court of New Orleans, *Duplantier*, J. *E. Bermudez*, for appellant. *A. Derbes*, for appellee.

Hyman, C. J. The defendant, appellee, has moved to dismiss the appeal

Harris v. Stubenrauch.

taken by plaintiff, on the ground, as averred by him, defendant, that he has paid plaintiff the amount sued for by plaintiff, except the costs of suit, since the appeal was taken.

It is not questioned that, when the appeal was taken, this Court had jurisdiction of the case. This Court once having jurisdiction is not divested thereof because of a part payment, which, if made before appeal, would have reduced the amount claimed to a sum below its jurisdiction.

The motion to dismiss the appeal is overruled.